In the Matter of H. WILLIAM VAN ALLEN, Appellant, v NEW YORK STATE BOARD OF ELECTIONS, Respondent.

Submitted December 2, 2013; decided January 14, 2014

Motion for leave to appeal etc. denied.

In the Matter of VERONICA P., Respondent, v RADCLIFF A., Appellant.

Submitted November 18, 2013; decided January 14, 2014

Motion for leave to appeal granted. Motion for poor person relief granted.